# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

EVE PASTERNAK                                         CIVIL 08-5548(PGS)

V.

                                            O R D E R

PNC BANK, N.A., et al

It appearing that proceedings in the above matter have been stayed,

It is on this 19th day of February, 2009,

ORDERED that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

                                                            PETER G. SHERIDAN, U.S.D.J.